IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

LANISHA K. BOROMEI, individually and as
Administrator of the Estate of
Roger M. Boromei,

      Case No. 02-14113-CIV-
      MIDDLEBROOKS/LYNCH

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

TALAL MEKKI, representative of the Estate of
Ameer Bukhari, et al.,

    Plaintiffs,      Case No. 02-14116-CIV-
      MIDDLEBROOKS/LYNCH

v.

ST. LUCIE PETROLEUM CO., et al.,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF OHIO PROBATE COURT APPROVAL FOR SETTLEMENT AGREEMENT

The Boromei Estate hereby gives notice that on September 23, 2003, the Probate Court of Warren County, Ohio in the Estate of Roger M. Boromei, Case No. 001574, upon application and hearing, duly approved the wrongful death settlement by and between the Boromei Estate and Defendants United States of American, Flight Safety International, and the Estate of Ameer Bukhari. Said Entry approving settlement is attached hereto.

Case No. 02-14113-CIV-MIDDLEBROOKS

Respectfully submitted,

Douglas J. Suter, Esq.
*Co-Counsel for Plaintiff Boromei*
Isaac, Brant, Ledman & Teetor, LLP
250 East Broad Street, 9th Floor
Columbus, OH 43215-3742
Telephone: (614) 221-2121
Facsimile: (614) 365-9516
Attorneys for Plaintiff Lanisha K. Boromei

Jay B. Eggspuehler, Esq.
*Co-Counsel for Plaintiff Boromei*
Wiles, Boyle, Burkholder & Bringardner Co.
300 Spruce St., First Floor
Columbus, Ohio 43215-1173
Telephone: (614)221-5216
Facsimile: (614)221-5692


THOMAS E. SCOTT
Florida Bar No. 149100
*Co-Counsel for Plaintiff Boromei*
Cole Scott & Kissane, P.A.
Pacific National Bank Building
1390 Brickell Avenue, 3rd Floor
Miami, FL 33131
Telephone: (305) 350-5300
Facsimile:  (305) 373-2294
email: scott@csklegal.com


By: _Maria E. Treyes for_ 
Thomas E. Scott    FBN0604105

-3-

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail to all counsel on the attached service list this __1__ day of October, 2003.

By: _Maria E. Reyes for_
Thomas E. Scott

Case No. 02-14113-CIV-MIDDLEBROOKS

### SERVICE LIST - 02-14113-CIV-MIDDLEBROOKS
### and 02-14116-CIV-MIDDLEBROOKS

Douglas P. Desjardins, Esq.
R. Jack Clapp & Associates, LPA
444 North Capitol Street, N.W.
Hall of the States, Suite 828
Washington, DC 20001
(202)638-5300; FAX (202)393-1725
*Attorneys for Plaintiff Estate of Ameer Bukhari*

Don Blackwell, Esq.
Anania, Bandklayder, Blackwell, Baumgarten & Torricella
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131-2144
(305)373-4900; FAX (305)373-6914
*Attorneys for Defendant St. Lucie Petroleum and Estate of Roger Boromei*

Stephen M. Ketyer, Esq.
United States Attorneys' Office
Tort Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Washington, D.C. 20044-4271
Courier/overnight:
1425 New York Ave., NW, Suite 10100
Washington, D.C.  20005
(202)616-4034
FAX (202)616-4159
*Attorneys for U.S.A. and F.A.A.*

Robert Bauroth, Esq.
Wicker, Smith, O'Hara, McCoy, Graham & Ford
1 East Broward Boulevard
Southtrust Bank Tower, 5th Floor
Ft. Lauderdale, FL 33301
(954)467-6405
FAX (954)760-9353
*Attorneys for Defendant Flight Safety*

Marcella Cohen Auerbach
Assistant United States Attorney
United States Attorney's Office
500 E. Broward Blvd.
Fort Lauderdale, FL 33301
Phone: 954-356-7314X3608
Fax: 954-356-7180